JOHN F. BAUM (SBN 148366)
jbaum@hkemploymentlaw.com
ANNA T. PHAM (SBN 318001)
apham@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, CA 94104-1255
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
VITAS HEALTHCARE CORPORATION OF
CALIFORNIA erroneously sued and served herein as
Vitas Innovative Hospice Care Program 91

WILLIAM H. JOHNSON JR., MD
2260 Gladstone Dr. #2
Pittsburg, CA 94565
whjohnsonmd@gmail.com
Telephone: (925) 980-1550

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM H. JOHNSON, JR., M.D., <br><br> Plaintiff, <br><br> vs. <br><br> VITAS INNOVATIVE HOSPICE CARE PROGRAM 91, <br><br> Defendants. | Case No. 20-cv-07752-EMC <br><br> [~~PROPOSED~~] **ORDER FOR JOINT STIPULATION OF DISMISSAL** <br><br> Complaint Filed: November 2, 2020 |

THIS COURT, having read and considered the Joint Stipulation of Dismissal with prejudice of Plaintiff DR. WILLLIAM H. JOHNSON, JR., M.D.'s ("Plaintiff") claims against Defendant VITAS HEALTHCARE CORPORATION OF CALIFORNIA, erroneously sued and served herein as Vitas Innovative Hospice Care Program 91 ("Defendant"), pursuant to Federal Rule of Civil

Procedure 41(a)(1)(2) (the "Stipulation"), which was filed on May 14, 2021, hereby GRANTS the Stipulation.

     IT IS ORDERED that all claims brought by Plaintiff in the above-captioned action against Defendant be dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

     **IT IS SO ORDERED.**

Dated:  May 21, 2021

_____
Hon. Edward M. Chen
United States District Court Judge